**AFFIRMED and Opinion Filed June 30, 2021**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00466-CR

**JUAN MANUEL AREVALOS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1900219-M**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Garcia
Opinion by Justice Garcia

Appellant was convicted of aggravated sexual assault of a child under fourteen years of age and the trial court assessed punishment at fifteen years in prison.

On appeal, appellant's counsel has filed a brief in which he concludes the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did

not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

As required, appellant's counsel has moved for leave to withdraw and has provided appellant with a copy of the motion. *See In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008) (orig. proceeding). We carried the motion for consideration with the merits.

Having reviewed the record, we agree with counsel that this appeal is wholly frivolous and without merit; we find nothing in the record before us that arguably might support the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d 684, 685 n.6 (Tex. Crim. App. 2006). Accordingly, we grant counsel's motion to withdraw and affirm the trial court's judgment.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
191466F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

JUAN MANUEL AREVALOS,
Appellant

No. 05-19-00466-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-00219-M.
Opinion delivered by Justice Garcia.
Chief Justice Burns and Justice
Goldstein participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.

Judgment entered June 30, 2021